**STATE**

v.

**Brian K. BURBINE.**

No. 79–212–C.A.

Supreme Court of Rhode Island.

June 5, 1981.

Reargument Granted July 23, 1981.

Dennis J. Roberts, II, Atty. Gen., Joel D. Landry, Asst. Atty. Gen., for plaintiff.

William F. Reilly, Public Defender, John A. MacFadyen, III, Chief Appellate Atty.,

Paula Rosin, Asst. Public Defender, for defendant.

## OPINION

PER CURIAM.

The trial justice's denial of the defendant's motion to suppress is affirmed by an equally divided court, the defendant's appeal is denied and dismissed, and the judgment of conviction appealed from is affirmed.

SHEA, J., did not participate in the consideration or the decision of this case.